ACCEPTED
06-14-00183-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/11/2015 10:24:08 AM
DEBBIE AUTREY
CLERK

NO. 06-14-00183-CR

| | | |
|---|---|---|
| DONALD BROWN, | § | ON APPEAL FROM THE |
| Appellant | § | TEXARKANA, TEXAS |
| | § | 5TH JUDICIAL DISTRICT |
| VS. | § | |
| | § | |
| STATE OF TEXAS, | § | COURT OF BOWIE COUNY |
| Appellee | § | TEXAS |

FILED IN
6TH COURT OF APPEALS
TEXARKANA, TEXAS
8/11/2015 10:24:08 AM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME FOR FILING STATE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her below named Criminal District Attorney and for its Motion for Belated Filing of Appellee's Brief states as follows:

I.

1. This case is pending from the 5th Judicial District of Bowie County, Texas.

2. The case is styled State of Texas v. Donald Brown, Cause No. 11F860-005

3. Appellant was found guilty of two counts of Aggravated Sexual Assault of a Child and sentenced to Life on both counts.

4. Appellant's Brief was filed on July 9, 2015, making the State's Brief originally due on or about August 10, 2015.

5. The State has no previously requested an extension of time for filing a brief.

II.

The Brief was not timely prepared in this matter due to the press of the business, both trial and appellate. Said business includes, but is not limited to, the following since Appellant's brief was filed:

- Preparation of the State's brief in Kevin Fahrni v. State of Texas, 06-14-00148-CR, which was due on June 17, 2015.

- Preparation for the pre-trial docket in the 5th District Court on June 15, 2015.

- In addition to the aforementioned work matters, the attorney for the State handling this appeal was out of the country on vacation from June 4-13, 2015.

- Preparation of the State's brief in Reginald Reece v. State of Texas, 6-14-00192-CR, which was filed on June 22, 2015.

- Pre-trial meetings and preparation for the trial of State of Texas v. Delbert Sisemore, Aggravated Robbery, Burglary of Habitation, Possession of a Controlled Substance, during the week of June 22, 2015. Trial was held on June 30-July 1, 2015.

- Preparation and attendance at the pre-trial and trial dockets in the 5th District Court on June 29, 2015.

- Pre-trial meetings and preparation for the trial of State of Texas v. Delbert Sisemore, Aggravated Robbery, Burglary of Habitation, Possession of a Controlled Substance, during the week of June 22, 2015.

- Trial of State of Texas v. Delbert Sisemore was held on June 30-July 1, 2015.

- Pre-trial meetings and preparation for the trial of State of Texas v. Gary Carson, 14F0102-102, 14F0103-102, and 14F0161-102, Assault on a Public Servant (x3) on July 7-9, 2015.

- Preparation and attendance at the Trial dockets in the 5th District Court on July 13, 2015.

- Trial of State of Texas v. Gary Carson 14F0102-102, 14F0103-102, and 14F0161-102, Assault on a Public Servant (x3) was set for jury selection on July 14, 2015. The Defendant Failed to Appear and trial has been rescheduled for August 11, 2015.

- Preparation of the State's Brief in Roderick Beham v. State of Texas, Cause No. 06-14-00174, which was filed on July 22, 2015.

- Attendance at the Advanced Criminal Law Continuing Legal Education Conference in San Antonio, Texas on July 26-31, 2015.

- Pre-trial meetings and preparation for trial in State of Texas v. Steven Lorance, 15F0323-005 on August 4, 2015. The case was resolved short of a trial at a hearing on August 7, 2015.

- Preparation of the brief in Richard Darby v. State of Texas, Cause No. 06-15-0042-CR, 06-15-0043-CR, 06-15-0044-CR, 06-15-0045-CR, 06-15-0046-CR.

### III.

The State's attorney has been diligent in pursuing this appeal. This motion is made in good faith and not for purposes of delay.

### **PRAYER**

WHEREFORE, on the bases of Rule 73 rule of the Texas Rules of Appellate Procedure, the State respectfully requests this court to grand the Motion for Extension of Time for the filing of the State's Brief.

Respectfully submitted,

\_\_/s/ Lauren N. Sutton_____
LAUREN N. SUTTON
Texas Bar No. 24079421
601 Main Street
Texarkana, TX 75501
ASSISTANT DISTRICT
ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time for Filing State's Brief was forwarded to Mr. Craig Henry counsel for Appellant, on this the 11th day of August, 2015.

\_\_/s/ Lauren N. Sutton_____  
LAUREN N. SUTTON